UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRC ENVIRONMENTAL CORPORATION, <br><br> Plaintiff, <br><br> vs. <br><br> WATERSIDE DEVELOPMENT CORP. and WATERSIDE CONSTRUCTION, LLC, <br><br> Defendants. | Civil Action No. 16-cv-00374 (WJM-MF) <br><br> **CONSENT ORDER ADMITTING CONOR E. BOWNELL, ESQ. *PRO HAC VICE* PURSUANT TO LOCAL CIVIL RULE 101.1(c)** |

THIS MATTER being brought before the Court by The Adams Law Firm LLC, attorneys for Plaintiff TRC Environmental Corporation ("TRC"), pursuant to Local Civil Rule 101.1(c), for an Order admitting Conor E. Brownell, Esq. *pro hac vice* to appear and participate in the above-captioned action on behalf of Plaintiff, and with the consent of counsel for Defendants Waterside Development Corp. and Waterside Construction, LLC, and the Court having considered the submissions of counsel and for good cause shown,

It is on this ___28th___ day of June, 2016,

ORDERED that, pursuant to Local Civil Rule 101.1(c), Conor E. Brownell, Esq. be and hereby is admitted *pro hac vice* to appear and participate in the above-captioned action on behalf of Plaintiff; and it is further

ORDERED that Conor E. Brownell, Esq. shall be required to make payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a),

with said payment being made for any year in which Conor E. Brownell, Esq. continue to represent Plaintiff in this action; and it is further

ORDERED that the Clerk shall forward a copy of this Order to the Treasurer of the Fund; and it is further

ORDERED that Conor E. Brownell, Esq. shall make payment of $150.00 to the Clerk, United States District Court; and it is further

ORDERED that Conor E. Brownell, Esq. shall be assisted by local counsel admitted to practice before this Court as per Local Civil Rule 101.1(c); and it is further

ORDERED that Conor E. Brownell, Esq. shall be within the disciplinary jurisdiction of this Court; and it is further

ORDERED that Conor E. Brownell, Esq. shall be bound by New Jersey Court Rule 1:21-7 and its limits on contingent fees.

HON. MARK FALK, U.S.M.J.

Agreed and consented to:

| The Adams Law Firm LLC<br>Attorneys for Plaintiff | Shafron Law Group, LLC<br>Attorneys for Defendants |
|---|---|
| By: _____<br>Robert M. Adams | By: _____<br>Jason T. Shafron |
| Dated: June 7, 2016 | Dated: June 17, 2016 |